| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Casper, Denise J. | 2. Court or Organization<br><br>U.S. District Court for the District of Massachusetts | 3. Date of Report<br><br>04/26/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge- Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,    Date 4/28/2010<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>**to**<br>3/31/2010 |
| 7. Chambers or Office Address<br><br>Middlesex District Attorney's Office<br>15 Commonwealth Avenue<br>Woburn, Massachusetts 01801 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Director | Big Sister Association of Greater Boston, Inc. |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Middlesex District Attorney's Office, wages | $28,424.00 |
| 2. 2009 | Middlesex District Attorney's Office, wages | $110,250.00 |
| 3. 2008 | Middlesex District Attorney's Office, wages | $110,250.00 |
| 4. 2008 | Harvard Law School Wasserstein Fellowship, Honorarium | $500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009-2010 | Thermo Fisher Scientific- Wages |
| 2. 2009 | Advisory Board Company- Board of Directors Fees |
| 3. 2009-2010 | Zimmer Holdings- Board of Directors Fees |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Metropolitan Life Insurance Annuity | D | Distribution | | | Exempt | | | | |
| 2. Bank of America Bank accounts | D | Interest | O | T | | | | | |
| 3. Fidelity Bank Account | A | Interest | L | T | | | | | |
| 4. Goldman Sachs Bank Account | A | Int./Div. | N | T | | | | | |
| 5. Vanguard Tax Free Money Market | C | Int./Div. | P1 | T | | | | | |
| 6. United States Savings Bonds | A | Interest | J | W | | | | | |
| 7. Thermo Fisher Common Stock | | None | P1 | T | | | | | |
| 8. Thermo Fisher Stock Options | | None | P2 | T | | | | | |
| 9. Thermo Fisher Restricted Stock | | None | N | T | | | | | |
| 10. Thermo Fisher Restricted Stock Units | | None | P2 | T | | | | | |
| 11. Trust #1 assets listed with-- below | | | | | | | | | |
| 12. --Goldman Sachs High Yield Mutual Fund | C | Int./Div. | L | T | | | | | |
| 13. --Goldman Sachs Municipal Income Mutual fund | C | Int./Div. | L | T | | | | | |
| 14. --Standard and Poors 500 Depository Receipts Mutual Fund | B | Dividend | L | T | | | | | |
| 15. --Goldman Sachs Emerging Markets Equity Fund GEMIX | A | Dividend | K | T | | | | | |
| 16. --Goldman Sachs Short Duration Tax Free Mutual Fund | B | Int./Div. | L | T | | | | | |
| 17. Goldman Sachs 1% 10/20/2014 Linked 10 yr notes- Bond | A | Int./Div. | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Institutional LI Assets Fed Portfolio Fund | A | Interest | N | T | | | | | |
| 19. GS Investment Grade Credit Fund A | D | Int./Div. | M | T | | | | | |
| 20. GS Hedge Fund Opportunities 2007 limited partnership | B | Int./Div. | N | W | | | | | |
| 21. GS Short Duration T/F Mutual Fund Class A | B | Int./Div. | L | T | | | | | |
| 22. Kentucky St Propoerty & Bldg Rev 5.375% 10/1/18 bond | D | Interest | M | T | | | | | |
| 23. NJ Trans TR FD Auth Rev 5% 12/15/18 bond | C | Interest | L | T | | | | | |
| 24. Chicago IL GO 5% 12/1/19 bond | C | Interest | M | T | | | | | |
| 25. Greene Cnty Ohio SWR Sys rev 5.625% 12/1/20 bond | D | Interest | M | T | | | | | |
| 26. Kansas Dept of Trans Rev 5% 9/1/22 bond | C | Interest | M | T | | | | | |
| 27. Detroit MI Sch Dist GO 5.375% 5/1/24 bond | D | Interest | M | T | | | | | |
| 28. Univ Mass Bldg Auth Proj Rev 5.25% 11/1/26 bond | D | Interest | M | T | | | | | |
| 29. Univ Mass Bldg Auth Rev 5.5% 11/1/10 bond | D | Interest | M | T | | | | | |
| 30. City of Houston, TX Rev 5.25% 5/15/11 bond | D | Interest | M | T | | | | | |
| 31. Comm of Mass Gen Oblig Ref BDS 1/1/12 bond | D | Interest | M | T | | | | | |
| 32. Mass Water Pollution Rev 5.5% 8/1/12 bond | D | Interest | M | T | | | | | |
| 33. City of Boston GO 5% 1/1/13 bond | B | Interest | L | T | | | | | |
| 34. Pittsfield MA GO 5.5% 4/15/14 bond | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. District of Columbia GO 5% 6/1/14 bond | C | Interest | L | T | | | | | |
| 36. Mass GO 5% 8/1/14 bond | C | Interest | M | T | | | | | |
| 37. Mass IB 5.375% 1/1/16 bond | D | Interest | M | T | | | | | |
| 38. Birmingham AL GO 5.25% 5/1/17 bond | D | Interest | M | T | | | | | |
| 39. Mass Water Re Authority 5.25% 8/1/17 bond | D | Interest | M | T | | | | | |
| 40. Seattle WA Rev 5% 2/1/18 bond | D | Interest | M | T | | | | | |
| 41. Mass Health & Ed Rev 6% 7/1/35 bond | D | Interest | M | T | | | | | |
| 42. Vontobel Non US Equity LLC limited partnership | | None | N | T | | | | | |
| 43. Noble Corp common stock | A | Dividend | L | T | | | | | |
| 44. Potash Corp common stock | A | Dividend | L | T | | | | | |
| 45. Charles Schwab Deposit Account | A | Interest | J | T | | | | | |
| 46. Dodge & Cox Intl Stock Fund | A | Int./Div. | L | T | | | | | |
| 47. IBOXX High Yield-HYG mutual fund | | None | K | T | | | | | |
| 48. SPDR Barclays High Yield-JNK mutual fund | | None | K | T | | | | | |
| 49. Vanguard Bond Index ETF-BSV mutual fund | A | Int./Div. | J | T | | | | | |
| 50. Western Asset Bond Fund | C | Int./Div. | O | T | | | | | |
| 51. Dodge & Cox Stock Fund | A | Int./Div. | M | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
(See Column C2)           U =Book Value            V =Other                  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ssga S&P 500 Index mutual fund | A | Int./Div. | L | T | | | | | |
| 53. TRowe Price Growth Fund | A | Int./Div. | K | T | | | | | |
| 54. Vanguard Mid Cap Fund | A | Int./Div. | K | T | | | | | |
| 55. Jennison Small Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 56. Zimmer Holdings Restricted Stock | | None | M | T | | | | | |
| 57. Zimmer Holdings Common Stock | | None | L | T | | | | | |
| 58. Comcast Holdings common stock | B | Dividend | K | T | | | | | |
| 59. Exxon Mobil Corp common stock | A | Dividend | J | T | | | | | |
| 60. Peoples United Fnl common stock | B | Dividend | K | T | | | | | |
| 61. Merrill Lynch Cash Card Services mutual fund | A | Interest | L | T | | | | | |
| 62. Blackrock- MDSRX mutual fund | A | Dividend | K | T | | | | | |
| 63. Vanguard Sh Tm bond-BSV mutual fund | B | Int./Div. | L | T | | | | | |
| 64. Bain Capital Fund VIII limited partnership | A | Int./Div. | N | W | | | | | |
| 65. Bain Capital AIV Loews II limited partnership | A | Int./Div. | J | W | | | | | |
| 66. Bain Capital Tru VIII limited partnership | A | Int./Div. | K | W | | | | | |
| 67. Bain Capital VII limited partnership | A | Int./Div. | L | W | | | | | |
| 68. Bain Capital VI limited partnership | A | Int./Div. | K | W | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bain Venture Fund 2001 limited partnership | A | Int./Div. | L | W | | | | | |
| 70. Special Opportunities Fund IV limited partnership | A | Int./Div. | M | W | | | | | |
| 71. Special Opportunities Fund III limited partnership | A | Int./Div. | N | W | | | | | |
| 72. Water Street Healthcare Partners, Limited Partnership | A | Int./Div. | P1 | W | | | | | |
| 73. Water Street Healthcare Partners II, Limited Partnership | A | Int./Div. | M | W | | | | | |
| 74. Altor Common Stock | | None | J | W | | | | | |
| 75. TPG Fund V limited partnership | A | Int./Div. | M | W | | | | | |
| 76. TPG Fund VI limited partnership | A | Int./Div. | K | W | | | | | |
| 77. Esplanade Capital limited partnership | A | Int./Div. | N | T | | | | | |
| 78. Pine Cobble Capital limited partnership | A | Int./Div. | O | T | | | | | |
| 79. Bd of Jt advisors-Banc One Equity limited partnership | | None | J | W | | | | | |
| 80. Charlesbank Capital Partners limited partnership | A | Int./Div. | J | W | | | | | |
| 81. Dominos Pizza common stock | | None | J | T | | | | | |
| 82. Cook Cty GO 5.00% bond | B | Interest | L | T | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Casper, Denise J. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Denise Jefferson Casper_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 401 | 748 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 10 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 30 | 908 | 167 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | 5 | 094 | 330 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | 7 | 300 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 782 | 500 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 46 | 496 | 745 |
| Total Assets | 46 | 496 | 745 | Total liabilities and net worth | 46 | 496 | 745 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |